UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-3333-MJ-EGT

UNITED STATES OF AMERICA,

v.

DANIEL HERNANDEZ,

      **Defendant.**

_____/

**ORDER**

      **THIS MATTER** comes before the Court on the United States of America's Consent Motion to Continue Arraignment and Preliminary Examination For One Week and Exclude Time Under the Speedy Trial Act as to Defendant Daniel Hernandez (Dkt. No. 12.) Defendant Hernandez and his counsel joined in, and signed, the motion. The motion is hereby **GRANTED**.

      Defendant Hernandez's arraignment and preliminary examination are adjourned until November 4, 2022, and the time between October 28, 2022, and November 4, 2022, shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h), as the Court finds good cause shown and that the ends of justice served by taking this action outweigh the interests of the parties and the public in a speedy trial. The parties' stipulation sets forth that the United States has already provided extensive discovery to the defense and there exists the need for time for the parties to discuss the possible resolution of the case and the need for time for effective preparation taking into account the exercise of due diligence.

      **DONE AND ORDERED** in Chambers in Miami, Florida, on October 27, 2022.

                                                         _____
                                                         HON. LAUREN LOUIS
                                                         UNITED STATES MAGISTRATE JUDGE